# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00436-CV

**Alfredo Perez, Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE DISTRICT COURT OF TOM GREEN COUNTY, 340TH JUDICIAL DISTRICT
### NO. C-06-0172-CPS, HONORABLE JAY K. WEATHERBY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

On December 22, 2008, this Court notified Perez that the clerk's record and the reporter's record in the above cause were overdue and that we had received notice from the District Clerk's Office of Tom Green County indicating that Perez had neither paid, nor made arrangements for payment, for the clerk's record. This Court requested that Perez make arrangements for the record and submit a status report regarding this appeal on or before January 2, 2009. This Court further informed Perez that failure to do so may result in the dismissal of this appeal for want of prosecution. The deadline has passed, and we have received no response from Perez. Accordingly, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Bob Pemberton, Justice

Before Justices Patterson, Pemberton and Waldrop

Dismissed for Want of Prosecution

Filed:   February 13, 2009